## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2006, I served a true and exact copy of the foregoing amended complaint in civil action 1:06cv06-0083, <u>Citizens for Responsibility & Ethics in Washington v. United States Department of Homeland Security</u>, by messenger service upon:

          Kenneth Wainstein
          U.S. Attorney for the District of Columbia
          501 3rd St., N.W.
          Washington, D.C. 20001

_____
Daniel C. Roth