UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) ) ) ) Defendant. ) ) | Civil Action No. 06-883 (EGS) |

**NOTICE OF FILING OF MOTION TO CONSOLIDATE**

Defendant hereby informs the Court and plaintiff that defendant has filed in <u>Democratic National Committee v. United States Secret Service</u>, 06-CV-842 (Penn, J.), a motion to consolidate this case with that one. A copy of the motion is attached.

Dated: June 12, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

ELIZABETH J. SHAPIRO

1

|  |  |
|---|---|
| OF COUNSEL:<br><br>MOLLY WEBER<br>United States Secret Service | Assistant Branch Director<br><br>s/ Justin M. Sandberg<br>SARA CLASH-DREXLER<br>(Pa. Bar No. 86517)<br>Trial Attorney<br>JUSTIN M. SANDBERG<br>(Ill. Bar. No. 6278377)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. #7224<br>P.O. Box 883 Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 514-3489<br>Facsimile:  (202) 616-8202<br>E-mail:  justin.sandberg@usdoj.gov<br><br>Attorneys for Defendant |