UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DEMOCRATIC NATIONAL            :
 COMMITTEE                      :
                                :
        Plaintiff,              :
                                :
        v.                      :     Civil No. 1:06cv883 (EGS)
                                :
UNITED STATES SECRET SERVICE,   :
                                :
        Defendant.              :
_____:

**NOTICE OF FILING OF OPPOSITION TO MOTION TO CONSOLIDATE**

Citizens for Responsibility and Ethics in Washington ("CREW") hereby informs the Court and defendant that CREW has filed in Democratic National Committee v. U.S. Secret Service, No. 06cv842 (JGP), a motion to intervene for the limited purpose of filing an opposition to defendant's motion to consolidate, a draft Order, and its opposition to defendant's motion to consolidate.  A copy of these papers is attached.  .

Respectfully submitted,

                                __/s/_____
                                Anne L. Weismann
                                (D.C. Bar No. 298190)
                                Melanie Sloan
                                (D.C. Bar No. 434584)
                                Citizens for Responsibility and Ethics
                                 in Washington
                                1400 Eye Street, N.W., Suite 450
                                Washington, D.C.  20005
                                Phone: (202) 408-5565
                                Fax: (202) 588-5020

                                Attorneys for Plaintiff

Dated: June 20, 2006