# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-883 (EGS) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendant, through undersigned counsel, hereby moves this Court for leave to file an amended answer. The reason for the request is as follows:

1.      Defendant filed its original answer on June 12.

2.      As a result of recently acquired information, defendant has concluded that it should revise the following statement made in response to the second sentence of paragraph 32 of the complaint: "With regard to the second sentence, defendant admits that it does not possess WAVES records pertaining to the subject matter of Judicial Watch's January 20, 2006 FOIA request, but denies that it does not possess WAVES records pertaining to the subject matter of CREW's February 2, 2006 FOIA request." Answer at ¶ 32.

3.      Defendant proposes to respond to the second sentence of paragraph 32 as follows: "With regard to the second sentence, defendant denies that it does not possess WAVES records pertaining to the subject matter of Judicial Watch's January 20, 2006 FOIA request or CREW's

1

February 2, 2006 FOIA request."  Amended Answer at ¶ 32 (attached).

       4.      Pursuant to Local Rule 7(m), Mr. Sandberg attempted to contact plaintiff's counsel

Anne Weismann on Friday, July 7.  Mr. Sandberg was not able to reach her.

       Accordingly, defendant requests leave to file an amended answer.


Dated: July 7, 2006                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

                                        CARL NICHOLS
                                        Deputy Assistant Attorney General

                                        JOSEPH H. HUNT
                                        Branch Director

                                        ELIZABETH J. SHAPIRO
                                        Assistant Branch Director


                                        <u>s/ Justin M. Sandberg</u>
                                        JUSTIN M. SANDBERG
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W. #7224
                                        P.O. Box 883 Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone:  (202) 514-3489
                                        Facsimile:  (202) 616-8202
                                        E-mail:  justin.sandberg@usdoj.gov

                                        <u>Attorneys for Defendant</u>