UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,    :<br><br>    Plaintiff,    :<br><br>    v.    :<br><br>UNITED STATES SECRET SERVICE,    :<br><br>    Defendant.    : | Civil No. 1:06cv883 (EGS) |

**NOTICE OF FILING OF SURREPLY TO DEFENDANT'S REPLY MEMORANDUM
IN FURTHER SUPPORT OF ITS MOTION FOR CONSOLIDATION**

Citizens for Responsibility and Ethics in Washington ("CREW") hereby informs the Court and defendant that CREW has filed in <u>Democratic National Committee v. U.S. Secret Service</u>, No. 06cv842 (JGP), a motion to file a surreply to defendant's reply memorandum in further support of its motion for consolidation, a draft Order, and CREW's surreply. A copy of these papers is attached.

                                            Respectfully submitted,

                                            ___/s/_____
                                            Anne L. Weismann
                                            (D.C. Bar No. 298190)
                                            Melanie Sloan
                                            (D.C. Bar No. 434584)
                                            Citizens for Responsibility and Ethics
                                             in Washington
                                            1400 Eye Street, N.W., Suite 450
                                            Washington, D.C. 20005
                                            Phone: (202) 408-5565
                                            Fax: (202) 588-5020

Dated: July 10, 2006                        Attorneys for Plaintiff