## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-883 (EGS)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

The Court concludes that Claim Four of plaintiff's amended complaint fails to state a claim upon which relief can be granted and, therefore, dismisses it pursuant to Federal Rule of Civil Procedure 12(b)(6).

SO ORDERED.

ENTERED:_____

_____
JUDGE EMMET G. SULLIVAN
United States District Court for the
District of Columbia

cc:    ELIZABETH SHAPIRO
       SARA CLASH-DREXLER
       JUSTIN M. SANDBERG

       United States Department of Justice

Civil Division, Rm. 7224
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

ANNE L. WEISMANN
1400 Eye St., N.W.
Suite 450
Washington, DC
20005