UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-883 (EGS) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) | |
| Defendant. ) | |

## MOTION FOR STAY

Defendant the United States Department of Homeland Security respectfully moves the Court to stay this action pending resolution of defendant's motion for consolidation of this action with *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP) now pending before the Honorable Judge J. G. Penn. The accompanying memorandum sets forth the grounds for this motion.

In accordance with Local Rule 7(m), undersigned counsel for the defendant has conferred with counsel for the plaintiff in this action regarding the relief sought in this motion. Plaintiff has stated its intent to oppose this motion.

Dated: July 11, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

|  |  |
|---|---|
|  | CARL J. NICHOLS<br>Deputy Assistant Attorney General |
|  |  |
|  | JOSEPH H. HUNT |
| OF COUNSEL: | Branch Director |
|  |  |
| MOLLY WEBER | <u>s/ Sara W. Clash-Drexler</u> |
| United States Secret Service | ELIZABETH J. SHAPIRO |
|  | (D.C. Bar No. 418925) |
|  | Assistant Branch Director |
|  | SARA CLASH-DREXLER |
|  | (Pa. Bar No. 86517) |
|  | Trial Attorney |
|  | JUSTIN M. SANDBERG |
|  | (Ill. Bar. No. 6278377) |
|  | Trial Attorney |
|  | United States Department of Justice |
|  | Civil Division, Federal Programs Branch |
|  | 20 Massachusetts Avenue, N.W. #7224 |
|  | P.O. Box 883 Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone: (202) 514-3489 |
|  | Facsimile: (202) 616-8202 |
|  | E-mail: justin.sandberg@usdoj.gov |
|  |  |
|  | <u>Attorneys for Defendant</u> |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,  )<br><br>Defendant.  ) | Civil Action No. 06-883 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION TO STAY**

Defendant the United States Department of Homeland Security ("DHS") respectfully moves this Court for a brief stay of proceedings in this action pending resolution by the Honorable J.G. Penn of a motion for consolidation of this action with *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP). In support of this memorandum, defendant avers as follows:

1. This action was initiated on May 10, 2006. Plaintiff filed an Amended Complaint on May 23, 2006.

2. On June 12, 2006, defendant answered the Amended Complaint to the extent that it raised claims pursuant to the Freedom of Information Act, 5 U.S.C. §552, *et seq.*, in accordance with 5 U.S.C. §552(a)(4)(C) (providing that a defendant shall serve an answer or otherwise plead to any complaint made under this section with thirty days after service of

the Complaint). Defendant simultaneously filed a Notice, notifying plaintiff and the Court that defendant had filed the same day in *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP) a motion to consolidate that action with this one. A copy of defendant's Motion for Consolidation was attached to the Notice. *See* Docket Entry no. 11.[1]

3.  Under Fed. R. Civ. P. 12(a)(3)(A), defendant's response to the remainder of plaintiff's Amended Complaint in this action (*i.e.*, those portions that are not raised pursuant to 5 U.S.C. §552, *et seq*.) is due today, July 11, 2006. Accordingly, defendant is filing this day a Motion to Dismiss Claim Four of Plaintiff's Amended Complaint.

4.  Additionally, on June 13, this Court issued an Order setting an Initial Scheduling Conference in this matter for August 2, 2006. *See* Docket Entry No. 12.

5.  In accordance with Local Rule 40.5(d), if defendant's motion to consolidate this action with *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP) is granted, this action will be reassigned, in order that both actions may be heard by the same Court.

6.  Accordingly, a brief stay of proceedings in this action, pending resolution of defendant's motion for consolidation filed in *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP), will avoid the possibility of unnecessary or duplicative expenditure of resources by the Court and the parties.

---

[1] Local Rule 40.5(d) provides that in this district, "[m]otions to consolidate cases assigned to different judges of this court shall be heard and determined by the judge to whom the earlier-numbered case is assigned." If the motion is granted, the later-numbered case shall be reassigned.

Wherefore, defendant DHS respectfully requests that the Court enter a brief stay of proceedings in this action until such time as the Court in *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP) rules on its motion to consolidate that action with this one. A proposed order is attached.

Dated: July 11, 2006                                      Respectfully submitted,

                                                          PETER D. KEISLER
                                                          Assistant Attorney General

                                                          KENNETH L. WAINSTEIN
                                                          United States Attorney

                                                          CARL J. NICHOLS
                                                          Deputy Assistant Attorney General

                                                          JOSEPH H. HUNT
OF COUNSEL:                                               Branch Director

MOLLY WEBER                                               s/ Sara W. Clash-Drexler
United States Secret Service                              ELIZABETH J. SHAPIRO
                                                          (D.C. Bar No. 418925)
                                                          Assistant Branch Director
                                                          JUSTIN M. SANDBERG
                                                          (Ill. Bar No. 6278377
                                                          SARA W. CLASH-DREXLER
                                                          (PA Bar. No. 86517)
                                                          Trial Attorneys
                                                          United States Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          20 Massachusetts Avenue, N.W. #7224
                                                          P.O. Box 883 Ben Franklin Station
                                                          Washington, D.C. 20044
                                                          Telephone:  (202) 514-3489
                                                          Facsimile:  (202) 616-8202
                                                          E-mail: justin.sandberg@usdoj.gov
                                                                     sara.clash-drexler@usdoj.gov
                                                          Attorneys for Defendant