UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-883 (EGS) |

**PROPOSED ORDER**

Upon consideration of defendant's motion for stay and any opposition thereto, the Court concludes that it is appropriate to stay this action pending resolution of the motion for consolidation pending in *Democratic National Committee v. United States Secret Service*, No. 1:06-842 (JGP).

SO ORDERED.

ENTERED:_____

_____
JUDGE EMMET G. SULLIVAN
United States District Court for the
District of Columbia

cc:   ELIZABETH SHAPIRO
      SARA CLASH-DREXLER
      JUSTIN M. SANDBERG

United States Department of Justice
Civil Division, Rm. 7224
20 Massachusetts Ave., N.W.
Washington, D.C.  20530

ANNE L. WEISMANN
1400 Eye St., N.W.
Suite 450
Washington, DC
20005