UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 1:06cv00883 (EGS)<br>:<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE**

　　Pursuant to Local Rule 7(c), Plaintiff Citizens for Responsibility and Ethics in Washington is hereby filing a draft order to accompany its Opposition to Defendant's Motion for Stay in Citizens for Responsibility and Ethics in Washington v. U.S. Dep't of Homeland Security, No. 1:06cv00883 (EGS), Docket No. 18.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Anne L. Weismann
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 298190)
　　　　　　　　　　　　　　　　　　　Melanie Sloan
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 434584)
　　　　　　　　　　　　　　　　　　　Citizens for Responsibility and Ethics
　　　　　　　　　　　　　　　　　　　　in Washington
　　　　　　　　　　　　　　　　　　　1400 Eye Street, N.W., Suite 450
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　Phone: (202) 408-5565
　　　　　　　　　　　　　　　　　　　Fax: (202) 588-5020

Dated: July 14, 2006　　　　　　　　　Attorneys for Plaintiff