UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, Plaintiff, | : : : : | |
| v. | : : | Civil No. 06-883 (EGS) |
| UNITED STATES SECRET SERVICE, Defendant. | : : : : | |

**[DRAFT] ORDER**

The Court having considered the Opposition of Citizens for Responsibility and Ethics in Washington to Defendant's Motion for Stay, and the entire record herein, it is hereby

ORDERED, that the motion is denied.

_____
Emmet G. Sullivan
United States District Judge

Dated: _____