*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0842 (JGP)** |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | |
| Defendant | ) | |
| | | |
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0883 (JGP)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| Defendant | ) | |

**ORDER**

This matter comes before the Court on Defendant U.S. Department of Homeland Security's **Motion for Leave to File Amended Answer [14]**, filed in Civil Action No. 06-0883. Given the early stage of the case and the lack of opposition to the motion, it is hereby

**ORDERED** that the motion [14] is **GRANTED.**

**DATE: July 21, 2006**                                      **JOHN GARRETT PENN**
                                                              **United States District Judge**