*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | ) ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0842 (JGP)** |
| | ) | |
| UNITED STATES SECRET SERVICE, | ) ) | |
| **Defendant** | ) | |
| | | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-0883 (JGP)** |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| **Defendant** | ) | |

**ORDER**

This matter comes before the Court on Defendant U.S. Department of Homeland Security's

**Motion to Stay [17]**, filed in Civil Action No. 06-0883.  Defendant sought to have the Court stay

the matter, pending resolution of the motion for consolidation filed in Civil Action No. 06-0842.

That motion having been resolved, it is hereby

**ORDERED** that the motion [17] is **DENIED** as moot.

**DATE: July 21, 2006**                                            **JOHN GARRETT PENN**
                                                                            **United States District Judge**