UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-00842 (JGP) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-00883 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

## PLAINTIFF'S (CREW) NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Sharon Y. Eubanks hereby enters an appearance on behalf of Plaintiff Citizens for Responsibility and Ethics in Washington as lead counsel. Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to Sharon Y. Eubanks.

Respectfully submitted,

_____/s/_____
SHARON Y. EUBANKS
D.C. Bar. No. 420147

                                    Citizens for Responsibility and Ethics
                                        In Washington
                                1400 Eye Street, Suite 450
                                Washington, D. C. 20005
                                (202) 408-5565

Dated: August 1, 2006