*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0842 (JGP) |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | |
| Defendant | ) | |
| | | |
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0883 (JGP) |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| Defendant | ) | |

**ORDER**

At a hearing before the Court on August 8, 2006, the Court granted the Unopposed Motion to Amend Complaint [25] filed by Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"). CREW had sought to file a Second Amended Complaint to modify Claim Four so as to clarify that its challenge to the adequacy of Defendant's record-keeping policies is based on the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq.*, as well as the Federal Records Act ("FRA"), 44 U.S.C. §§ 3101 *et seq.* CREW's previous formulation of Claim Four referenced the APA but not the FRA.

In light of the fact that Claim Four of the First Amended Complaint has been replaced by Claim Four of the Second Amended Complaint, Defendant's Motion to Dismiss Claim Four of Plaintiff's (First) Amended Complaint [16] has been rendered moot. Accordingly, it is hereby

**ORDERED** that Plaintiff Citizens for Responsibility and Ethics in Washington's **Unopposed Motion to Amend Complaint [25]** is **GRANTED**; it is further

**ORDERED** that Defendant U.S. Department of Homeland Security's **Motion to Dismiss Claim Four of Plaintiff's Amended Complaint [16]** is **DENIED** as moot; it is further

**ORDERED** that Defendant U.S. Department of Homeland Security may file an amended answer or other response on or before August 25, 2006; and it is further

**ORDERED** that, on or before September 1, 2006, CREW and Defendant meet and confer and submit a proposed scheduling order with respect to Claim Four.

**DATE: August 9, 2006**                                        **JOHN GARRETT PENN**
                                                                **United States District Judge**