# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>    Defendant. | Civil Action No. 06-883 (Penn) |
| DEMOCRATIC NATIONAL COMMITTEE <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES SECRET SERVICE, <br><br>    Defendant. | Civil Action No. 06-842 (Penn) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON'S SECOND AMENDED COMPLAINT**

The United States Department of Homeland Security ("DHS"), through undersigned counsel, hereby moves this Court for a five (5) day extension of time, until August 30, to answer or otherwise respond to Citizens for Responsibility and Ethics in Washington's ("CREW's") Second Amended Complaint. The reason for the request are as follows:

1.  DHS's filing is currently due on August 25, 2006.

2.  Additional time is requested so that DHS's response can be coordinated with the

relevant individuals and finalized for filing.

3. This is DHS's first request for an extension of time to answer or otherwise respond to CREW's Second Amended Complaint.

4. Pursuant to Local Rule 7(m), Justin Sandberg, counsel for DHS, contacted plaintiffs' counsel. CREW's counsel, Melanie Sloan (who stated that she was authorized to speak for Ms. Weismann and Ms. Eubanks), stated that she does not object to the requested extension of time. Counsel for the Democratic National Committee, Joseph Sandler, similarly stated that he does not object to the requested extension.

Accordingly, DHS requests an extension of time of five (5) days to answer or otherwise respond to CREW's Second Amended Complaint, making the filing due on or before August 30, 2006.

Dated: August 25, 2006                                          Respectfully submitted,

                                                                PETER D. KEISLER
                                                                Assistant Attorney General

                                                                KENNETH L. WAINSTEIN
                                                                United States Attorney

                                                                CARL J. NICHOLS
                                                                Deputy Assistant Attorney General

                                                                JOSEPH H. HUNT
OF COUNSEL:                                                     Branch Director

MOLLY WEBER                                                     s/ Justin M. Sandberg
United States Secret Service                                    ELIZABETH J. SHAPIRO
                                                                (D.C. Bar No. 418925)
                                                                Assistant Branch Director
                                                                SARA CLASH-DREXLER
                                                                (Pa. Bar No. 86517)

Trial Attorney
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>