UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 06-883 (Penn) |
| DEMOCRATIC NATIONAL COMMITTEE <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRET SERVICE, <br><br> Defendant. | Civil Action No. 06-842 (Penn) |

## PROPOSED ORDER

The Court GRANTS the United States Department of Homeland Security's unopposed motion requesting that it be afforded until August 30, 2006 to answer or otherwise respond to Citizens for Responsibility and Ethics in Washington's Second Amended Complaint.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN