*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE,** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     v. | ) | **Civil Action No. 06-0842 (JGP)** |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | |
|     **Defendant** | ) | |

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     v. | ) | **Civil Action No. 06-0883 (JGP)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) | |
|     **Defendant** | ) | |

**ORDER**

Upon consideration of the **Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Citizens for Responsibility and Ethics in Washington's Second Amended Complaint [32]**, it is hereby

**ORDERED** that the motion is **GRANTED** nunc pro tunc. Defendant may respond to the complaint on or before August 30, 2006.

    **SO ORDERED.**


**DATE: August 29, 2006**                                              **JOHN GARRETT PENN**
                                                                                  **United States District Judge**