## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)  Civil Action No. 06-883 (Penn)<br>UNITED STATES DEPARTMENT OF  )<br>HOMELAND SECURITY,  )<br>)<br>Defendant.  )<br>)<br>DEMOCRATIC NATIONAL COMMITTEE  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)  Civil Action No. 06-842 (Penn)<br>UNITED STATES SECRET SERVICE,  )<br>)<br>Defendant.  )<br>) | |

### PROPOSED ORDER

The Court GRANTS the United States Department of Homeland Security's motion to dismiss, for lack of subject matter jurisdiction, Claim Four of Citizen for Responsibility and Ethics in Washington's Second Amended Complaint.

IT IS SO ORDERED.

ENTERED: _____

_____
UNITED STATES DISTRICT
COURT JUDGE JOHN GARRETT
PENN