UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECRET SERVICE,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 06-00842 (JGP)<br>:<br>:<br>:<br>: |
| CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-00883 (JGP)<br>:<br>:<br>:<br>:<br>: |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order of August 9, 2006 (record no. 28), the parties, Citizens for Responsibility and Ethics in Washington ("CREW") and the U.S. Department of Homeland Security, met and conferred to discuss the content of a proposed scheduling order with respect to Claim Four.

Defendant filed a motion to dismiss Claim Four of CREW's second amended complaint on August 30, 2006. The parties have agreed to the following schedule for addressing Claim Four of CREW's complaint, and we request that the Court enter an order implementing this schedule:

1. CREW's opposition to defendant's motion to dismiss is due on **September 13, 2006**.

2. Defendant's reply brief is due on **September 25, 2006**.

3. Oral argument on defendant's motion scheduled at the Court's convenience during the **week of September 25, 2006**.

CREW respectfully requests that the Court expedite consideration of this matter so that the case may be decided as soon as possible. Defendant notes that although it agrees to numbers 1 and 2 of the proposed schedule listed above, it does not request oral argument or an expedited decision, rather, it takes no position on those matters. The parties are available for a status conference to discuss these matters further, should the Court desire.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar. No. 298190)
Sharon Y. Eubanks
(D.C. Bar No. 420147)
Citizens for Responsibility and Ethics
    In Washington
1400 Eye Street, N.W. Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Attorneys for Plaintiff CREW


_____/s/_____
Justin M. Sandberg
Sara Clash-Drexler
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. #7224
Washington, D.C. 20044
Phone: (202) 514-3489
Attorneys for Defendant DHS

Dated: September 1, 2006