## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| | : | |
| UNITED STATES SECRET SERVICE, | : | |
| | : | |
| Defendant. | : | |
| | | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

On September 8, 2006, the Court granted plaintiff Democratic National Committee's motion for an immediate scheduling conference and entered a scheduling order on September 8, 2006. Democratic National Committee ("DNC") and defendant have since reached a settlement agreement. Given the signed settlement agreement between DNC and defendant, DNC's counsel has advised that DNC does not intend to file any briefs or make any further submissions in this consolidated case.

Citizens for Responsibility and Ethics in Washington ("CREW") and defendant have not

resolved their claims and wish to complete briefing in this case so that the issues can be resolved by the Court. The current schedule invites simultaneous briefing of the Freedom of Information Act (FOIA) claim; however, CREW and defendant both believe that simultaneous briefing on summary judgment in this case would not be as helpful to the Court as a schedule that requires defendant to file its motion for summary judgment first, with responses to follow.

The parties request that the Court adopt the new schedule, which mirrors in large part the due dates the Court set in its September 8 order, but allows for non-simultaneous submissions. The parties only seek modifications to address the FOIA briefing schedule established by paragraphs 3, 4, and 5 of the September 8, 2006 order; no other modifications are sought.

Accordingly, as set forth in the attached proposed order, the parties respectfully request that the scheduling order be modified to require the following briefing schedule for the FOIA claim:

1. Defendant may file its motion for summary judgment on or before September 21, 2006.

2. CREW may file its response to defendant's motion for summary judgment, including any cross-motion, or before September 28, 2006.

3. Defendant may file its reply and opposition to any motion filed by CREW on or before October 3, 2006.

4. CREW may file its reply to any cross-motion on or before October 10, 2006.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190
Sharon Y. Eubanks
(D.C. Bar No. 420147
Citizens for Responsibility and Ethics
    In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Attorneys for Plaintiff CREW


_____/s/_____
Sara Clash-Drexler
Justin M. Sandberg
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. #7224
Washington, D.C. 20044
Phone: (220) 514-3489
Attorneys for Defendant DHS

Dated: September 19, 2006