# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| | : | |
| UNITED STATES SECRET SERVICE, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

The parties, Citizens for Responsibility and Ethics in Washington and the Department of Homeland Security, have jointly requested a modification of the September 8, 2006 scheduling order with respect to briefing the FOIA claim. The Court adopts the scheduling order proposed by the parties and modifies the schedule set forth in the September 8, 2006 order for the FOIA claim.

Accordingly, it is hereby **ORDERED** that the parties comply with the following schedule:

1. Defendant may file its motion for summary judgment on or before September 21, 2006.

2. CREW may file its response to defendant's motion for summary judgment, including any cross-motion, or before September 28, 2006.

3. Defendant may file its reply and opposition to any motion filed by CREW on or before October 3, 2006.

4. CREW may file its reply to any cross-motion on or before October 10, 2006.

5. If the Court determines that oral argument on any of the motions is necessary, it will inform the parties at a later date.

**SO ORDERED.**

**DATE: September 19, 2006**                _____
                                            **JOHN GARRETT PENN**
                                            **United States District Judge**