## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0842 (JGP) |
| | ) | |
| **UNITED STATES SECRET SERVICE,** | ) | |
| Defendant | ) | |
| | | |
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0883 (JGP) |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| Defendant | ) | |

## ORDER

Upon consideration of the **Joint Motion for Modification of Scheduling Order** [43] filed by Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant, it is hereby

**ORDERED** that the motion [43] is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following modified schedule:

1. Defendant may file a reply in support of its Motion to Dismiss Claim Four of Plaintiff's Second Amended Complaint on or before September 25, 2006.

2. Defendant may file a motion for summary judgment on or before September 21, 2006.

3. Plaintiff CREW may file a response to Defendant's motion for summary judgment, including any opposition and cross-motion, on or before September 28, 2006.

4. Defendant may file a reply in support of its motion for summary judgment and a response to any cross-motion filed by Plaintiff CREW on or before October 3, 2006.

5. Plaintiff CREW may file a reply in support of any cross-motion on or before October 10, 2006.

6. If the Court determines that oral argument on any of the motions is necessary, it will inform the parties at a later date.

**SO ORDERED.**

**DATE: September 21, 2006**                                **JOHN GARRETT PENN**
                                                            **United States District Judge**