## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) Civil Action No. 06-883 (JGP) ) ) |
| Defendant. | ) ) |
| DEMOCRATIC NATIONAL COMMITTEE, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES SECRET SERVICE, | ) Civil Action No. 06-842 (JGP) ) |
| Defendant. | ) ) |

## **PROPOSED ORDER**

The Court concludes that Claims One, Two, and Three of Citizens for Responsibility and Ethics in Washington's second amended complaint are moot and, therefore, dismisses them pursuant to Federal Rule of Civil Procedure 12(b)(1).

SO ORDERED.

ENTERED:_____

                                                                 _____
JUDGE JOHN GARRETT PENN
United States District Court for the
District of Columbia

cc:    ELIZABETH SHAPIRO
        SARA CLASH-DREXLER
        JUSTIN M. SANDBERG
        United States Department of Justice
        Civil Division, Rm. 7224
        20 Massachusetts Ave., N.W.
        Washington, D.C.  20530

        SHARON EUBANKS
        ANNE L. WEISMANN
        1400 Eye St., N.W.
        Suite 450
        Washington, DC
        20005