IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEMOCRATIC NATIONAL COMMITTEE** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES SECRET SERVICE,** )<br>)<br>Defendant )<br>) | Civil Action No. 06-0842(JGP) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action having entered a Settlement Agreement, all parties appearing in this action do hereby stipulate that this action be, and it is hereby, dismissed with prejudice.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Joseph S. Sandler | Elizabeth M. Shapiro |
| SANDLER, REIFF & YOUNG, P.C. | Federal Programs Branch |
| 50 E Street, S.E. # 300 | Civil Division |
| Washington, D.C. 20003 | U.S. Department of Justice |
| Tel: (202) 479-1111 | 20 Massachusetts Avenue, N.W. #7224 |
| Fax: (202) 479-1115 | Washington, D.C. 20044 |
| | Tel: (202) 514-3489 |
| Counsel for Plaintiff | Counsel for Defendant |
| Democratic National Committee | United States Secret Service |
| | U.S. Department of Homeland Security |

Dated: September 22, 2006