**EXHIBIT 1**

Case 1:06-cv-00883-RCL    Document 48-2    Filed 09/28/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

### DECLARATION OF SHARON Y. EUBANKS

I, Sharon Y. Eubanks, provide the following declaration:

1.  I am employed by the non-profit corporation, Citizens for Responsibility and Ethics in Washington ("CREW"), as Senior Counsel.

2.  I am admitted to the District of Columbia Bar, the Florida Bar, and the bar of the United States District Court for the District of Columbia.

3.  On August 1, 2006, I entered an appearance on behalf of plaintiff, CREW, in the above-captioned case. As the attorney at CREW primarily responsible for this case, I have been

involved in all proceedings since entering my appearance, I receive all Electronic Case Filing ("ECF") notices, and I receive all mail involving the case.

    4. Defendant, Department of Homeland Security, states in its Motion to Dismiss Plaintiff's FOIA Claims filed on September 21, 2006, that "defendant released to plaintiff the requested records on September 20, 2006," and that this release renders CREW's FOIA request moot. Defendant's brief at 2, 4.

    5. Special Agent Kathy J. Lyerly, who has to date submitted three declarations referenced in this litigation, has stated under penalty of perjury in her most recent declaration, which was filed with defendant's motion in this case on September 21, 2006, that "[o]n September 20, 2006, all documents responsive to CREW's February 2, 2006 FOIA request with the redactions noted were produced to CREW." Lyerly Declaration at 11, ¶32.

    6. Despite the representations by counsel in its brief and Special Agent Lyerly in her declaration, CREW has not received from defendant or defendant's representatives any of the documents described in the brief and the attached declaration of Special Agent Lyerly.

I hereby certify that the foregoing is true and correct. Executed on __9/28__, 2006.

                                                        */s/ Sharon Y. Eubanks*
                                                             Sharon Y. Eubanks