# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's FOIA Claims and the Response by Plaintiff Citizens For Responsibility and Ethics in Washington ("CREW") and its request for discovery, it is hereby

**ORDERED** that defendant's motion is **DENIED**; and it is further

**ORDERED** that

1. Defendant make Kathy J. Lyerly available for a deposition by CREW;

2. Defendant produce two additional witnesses for deposition, pursuant to Rule

30(b)(6), as will be noticed by CREW;

    3. CREW will be permitted pursuant to Rule 45 to depose one Rule 30(b)(6) witness from the National Archives and Records Administration, and

    4. CREW will be permitted pursuant to Rule 45 to depose one Rule 30(b)(6) witness from the White House Office of Records Management.

    **SO ORDERED.**


**DATE: _____**　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**