**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

**PLAINTIFF'S REQUEST FOR AN IMMEDIATE STATUS CONFERENCE**

The landscape of this case has altered significantly since the last status conference and the various scheduling orders that followed. Defendant U.S. Department of Homeland Security ("DHS") has filed two motions to dismiss: On August 30, 2006, it filed a motion to dismiss CREW's Federal Records Act claims, and on September 21, 2006, it filed a motion to dismiss CREW's Freedom of Information Act ("FOIA") claims. The motion to dismiss the FOIA claims was not anticipated by plaintiff or by the Court, rather, it was expected that the FOIA claim would be resolved on summary judgement. Further, on September 21, 2006, plaintiff

1

Democratic National Committee filed a stipulation of dismissal, noting that it had settled its claims.

CREW seeks a hearing to address the status of the case and to address further appropriate proceedings in light of recent developments. Despite the fact that during the meet and confer process, counsel for CREW explained the basis for this motion both orally and by email, defendant states that is unable to come to a position on this request at this time.

Two key issues make this request urgent. First, despite the representations by defendant in its brief (which argues the FOIA claims are moot) that it had produced certain records requested by CREW under FOIA,[1] CREW has not received any documents from DHS. Second, CREW's response to defendant's motion to dismiss the FOIA claims includes a specific and detailed request for discovery. Indeed, without some discovery, CREW is unable to respond fully to the substantive issues raised in defendant's motion to dismiss CREW's FOIA claims.

In light of these developments, CREW seeks an opportunity to address directly with the Court further proceedings that will assist the Court and lead to the efficient and fair resolution of CREW's claims. For these reasons, CREW respectfully requests that a status conference be scheduled with the Court as soon as possible.

                                            Respectfully submitted,

                                            _____
                                            Anne L. Weismann
                                            (D.C. Bar No. 298190
                                            Sharon Y. Eubanks
                                            (D.C. Bar No. 420147
                                            Citizens for Responsibility and Ethics
                                              In Washington

---

[1] CREW's initial FOIA request to DHS is dated February 2, 2006.

1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Attorneys for Plaintiff

Dated: September 28, 2006