UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for an Immediate Status Conference, plaintiff's request is hereby granted and a status conference shall be scheduled.

**SO ORDERED.**

**DATE: _____**                                      **JOHN GARRETT PENN**
                                                                 **United States District Judge**