## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Civil Action No. 06-883 (JGP) |
| DEMOCRATIC NATIONAL COMMITTEE, ) ) ) Plaintiff, ) ) v. ) ) ) UNITED STATES SECRET SERVICE, ) ) Defendant. ) ) | Civil Action No. 06-842 (JGP) |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FOIA CLAIMS FOR LACK OF JURISDICTION

Defendant, through undersigned counsel, hereby moves this Court for a two (2) day extension of time, to Thursday, October 5, 2006, to file a reply in support of its Motion to Dismiss Plaintiff's Freedom of Information Act ("FOIA") Claims. The reasons for this request are as follows:

1. Defendant's reply is currently due on Tuesday, October 3, 2006.

2. Defendant was given only three business days, including the day on which its reply is due, in which to file its reply.

1

3.      Two of the three lawyers primarily responsible for preparing defendant's reply brief are out of the office for two of these three days. Elizabeth Shapiro and Sara Clash-Drexler were out of the office Friday, and will be out of the office Monday (today), to celebrate Yom Kippur. Also, the need for urgency that drove the initial, abbreviated briefing schedule no longer exists because defendant has released to plaintiff, with limited redactions pursuant to FOIA exemptions, all records responsive to its request – a total of 356 pages of documents.[1] Declaration of Kathy J. Lyerly, September 21, 2006, ¶ 3 (attached to defendant's Motion to Dismiss Plaintiff's FOIA Claims). In fact, defendant has now released the records to plaintiff twice: Defendant mailed the records to plaintiff on Wednesday, September 20, and then sent the records to plaintiff by messenger on Friday, September 29, following plaintiff's assertion, in its opposition to defendant's motion to dismiss, Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's FOIA Claims and Request for Discovery, September 28, 2006, at 3, that it did not receive the records placed in the mailroom of the Department of Justice on Wednesday, September 20.

4.      Pursuant to Local Rule 7(m), counsel for the defendant contacted Sharon Eubanks, counsel for the plaintiff. Ms. Eubanks stated that she opposed defendant's request for a two-day extension of time.

Accordingly, defendant requests an extension of time of two (2) days to file its reply, making it due on October 5, 2006.

---

[1] Defendant does not concede, by use of the term "responsive" or any other action, that the records are "agency records" under FOIA.

Dated: October 2, 2006                    Respectfully submitted,

                                                              PETER D. KEISLER
                                                              Assistant Attorney General

                                                              JEFFREY A. TAYLOR
                                                              United States Attorney

                                                              CARL J. NICHOLS
                                                              Deputy Assistant Attorney General

                                                              JOSEPH H. HUNT
OF COUNSEL:                                     Branch Director

MOLLY WEBER                                 s/ Justin M. Sandberg
United States Secret Service               ELIZABETH J. SHAPIRO
                                                              (D.C. Bar No. 418925)
                                                              Assistant Branch Director
                                                              SARA CLASH-DREXLER
                                                              (Pa. Bar No. 86517)
                                                              Trial Attorney
                                                              JUSTIN M. SANDBERG
                                                              (Ill. Bar. No. 6278377)
                                                              Trial Attorney
                                                              United States Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              20 Massachusetts Avenue, N.W. #7224
                                                              P.O. Box 883 Ben Franklin Station
                                                              Washington, D.C. 20044
                                                              Telephone:  (202) 514-3489
                                                              Facsimile:  (202) 616-8202
                                                              E-mail:  justin.sandberg@usdoj.gov

                                                             Attorneys for Defendant