## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-883 (JGP) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) ) ) | |
| Defendant. ) ) | |
| DEMOCRATIC NATIONAL COMMITTEE, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-842 (JGP) |
| UNITED STATES SECRET SERVICE, ) ) | |
| Defendant. ) ) | |

### PROPOSED ORDER

The Court hereby GRANTS defendant's request for a two-day extension of time, to October 5, to file a reply in support of its Motion to Dismiss Plaintiff's FOIA Claims.

SO ORDERED.

ENTERED:_____

_____
JUDGE JOHN GARRETT PENN
United States District Court for the
District of Columbia

cc: ELIZABETH SHAPIRO
SARA CLASH-DREXLER
JUSTIN M. SANDBERG
United States Department of Justice
Civil Division, Rm. 7224
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

SHARON EUBANKS
ANNE L. WEISMANN
1400 Eye St., N.W.
Suite 450
Washington, DC
20005