UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HOMELAND SECURITY <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0883 (JGP) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

The Court has considered **Plaintiff's Request for an Immediate Status Conference** [49] and **Defendant's Motion for Extension of Time to File Reply in Support of Motion to Dismiss** [50]. The Court notes that both motions are opposed. Upon consideration of those motions, it is hereby

**ORDERED** that the motions [49, 50] are **GRANTED**; it is further

**ORDERED** that Defendant may file a Reply on or before October 5, 2006; and it is further

**ORDERED** that the parties appear for a status conference on October 5, 2006 at 10:00 A.M. in Courtroom 15.


**DATE: October 3, 2006**                                        **JOHN GARRETT PENN**
                                                                 **United States District Judge**