UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**    )<br>)<br>)<br>**Plaintiff**    )<br>)<br>v.    )<br>)<br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**    )<br>)<br>**Defendant**    )<br>) | Civil Action No. 06-0883 (JGP) |

**ORDER**

The parties appeared before the Court for a status hearing on October 5, 2006. At that hearing, Plaintiff moved for permission to file a surreply to Defendant's Motion to Dismiss Plaintiff's FOIA Claims [45]. Upon consideration of that motion, the lack of any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the motion to file a surreply is **GRANTED**. Plaintiff may file a surreply on or before October 12, 2006.

DATE: October 5, 2006                                                                                 **JOHN GARRETT PENN**
                                                                                                                      **United States District Judge**