**EXHIBIT 1**



FROM
Justin M Sandberg
20 Massachusetts Ave, NW
Washington, D.C. 20001



TO
Citizens for Responsibility and Ethics in Washington
Attn: Sharon Eubanks
11 DuPont Circle, NW, 2nd Fl, Washington
DC
§ 20036
(ZIP + 4)
(202) 408-5565