**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0842 (JGP) |
| UNITED STATES SECRET SERVICE, | : | |
| Defendant. | : | |

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0883 (JGP) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE REGARDING SUPPLEMENTAL AUTHORITY**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), hereby respectfully submits this notice of supplemental authority. The authority that CREW seeks to bring to the attention of the Court through this notice, The Washington Post v. Department of Homeland Security, Civil Action No. 06-1737 (RMU) (D.D.C.), was not published at the time CREW filed its surreply. It is a recent decision in a matter which was discussed and cited in footnote 8 of CREW's surreply filed on October 12, 2006. A copy of the Court's memorandum opinion filed on October 19, 2006, in The Washington Post v. Department of Homeland

1

<u>Security</u>, is attached.

                                              Respectfully submitted,

                                              _____
                                              Anne L. Weismann
                                              (D.C. Bar No. 298190
                                              Sharon Y. Eubanks
                                              (D.C. Bar No. 420147
                                              Citizens for Responsibility and Ethics
                                                 In Washington
                                              1400 Eye Street, N.W., Suite 450
                                              Washington, D.C. 20005
                                              Phone: (202) 408-5565
                                              Attorneys for Plaintiff

Dated: October 23, 2006