Large Event Summary

Date/Time: 09/10/2001 17:42

\*\*\* TOA of Large Event Appointment \*\*\*
    Post: D2    Appt. Date/Time: 09/10/2001 11:30:00 AM

Visitee -

Last Name: SHAFFER    First Name:    Phone: 0-0
Requestor: SHAFFER, KAREN
Phone: 5-1040  Location: OEOB  Room: 474
Date & Time: 09/10/2001 11:30:00 AM    Entry Code: U50425    Total People: 32

(Note: Below an X = Admitted and B = Badged)

| Last Name | First Name | Init | DOB | SSN | Note | Status | Admitted |
|---|---|---|---|---|---|---|---|
| PIZZELLA | PATRICK | | | | | | X |