UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, )<br><br>Defendant. ) | Civil Action No. 06-883 (JGP) |

**NOTICE OF FILING**

Attached to this Notice of Filing for the Court's convenience are the October 25, 2006 and December 12, 2006 declarations that Paul Morrissey provided in The Washington Post v. Dep't of Homeland Security, 06-1737 (RMU). These declarations, which were incorporated, in part, in the declaration submitted by Mr. Morrissey in this case on December 12, were inadvertently omitted from defendant's most recent filing.

Dated: December 15, 2006                   Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney

                                           CARL J. NICHOLS
                                           Deputy Assistant Attorney General

                                           JOSEPH H. HUNT

1

| | |
|---|---|
| OF COUNSEL: | Branch Director |
| MOLLY WEBER<br>United States Secret Service |     /s<br>ELIZABETH J. SHAPIRO<br>(D.C. Bar No. 418925)<br>Assistant Branch Director<br>JAMES J. GILLIGAN<br>(D.C. Bar No. 422152)<br>Assistant Branch Director<br>SARA CLASH-DREXLER<br>(Pa. Bar No. 86517)<br>Trial Attorney<br>JUSTIN M. SANDBERG<br>(Ill. Bar. No. 6278377)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. #7224<br>P.O. Box 883 Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 514-3489<br>Facsimile:  (202) 616-8202<br>E-mail:  justin.sandberg@usdoj.gov<br><br>Attorneys for Defendant |