**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, : <br> : <br> Plaintiff, : <br> : <br> v. :    Civil Action No. 06-0842 (JGP) <br> : <br> UNITED STATES SECRET SERVICE, : <br> : <br> Defendant. : | |
| CITIZENS FOR RESPONSIBILITY AND : <br> ETHICS IN WASHINGTON, : <br> : <br> Plaintiff, : <br> : <br> v. :    Civil Action No. 06-0883 (JGP) <br> : <br> U.S. DEPARTMENT OF HOMELAND : <br> SECURITY, : <br> : <br> Defendant. : | |

**PLAINTIFF'S MOTION FOR A STATUS CONFERENCE**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), hereby respectfully requests that the Court schedule a status conference. CREW wishes to inform the Court of recent developments and their possible affect upon proceedings in this case and to propose appropriate proceedings.[1] Counsel for DHS has been consulted and takes no position on this request.

---

[1] The parties have had two conferences with Magistrate Judge Robinson. Settlement does not appear likely.

After the close of briefing, defendant, U.S, Department of Homeland Security ("DHS") submitted several "supplemental" declarations, from a new declarant, purportedly in support of its motions to dismiss. In addition, after stating in previous declarations submitted by Kathy J. Lyerly that all responsive documents had been produced, DHS has now indicated that it has located other documents, and it has produced one additional page to CREW. In light of CREW's pending request for discovery, the changing positions of DHS regarding the adequacy of its production, and the numerous docket entries that have occurred since briefing was completed on defendants' motions to dismiss, CREW believes it would be helpful to address with the Court the best way to develop a record that will lead to fair resolution of defendants' motions.

As the Court is aware, CREW has requested limited discovery, and it has raised non-frivolous allegations of bad faith. Particularly in light of recent submissions by DHS, additional information is sought, through discovery, to present a fair and complete record for decision on defendants' motions. Should the Court schedule a status conference, as we request, CREW will be prepared to propose a schedule for expeditious completion of any discovery. As CREW previously indicated in its response filed on December 15, 2006 to defendant's submission of the declaration of Paul S. Morrissey, it is possible that one deposition would provide sufficient information to place before the Court.

For all of the foregoing reasons, CREW respectfully requests that the Court schedule a status conference.

                                        Respectfully submitted,

                                        _____
                                        Anne L. Weismann
                                        (D.C. Bar No. 298190
                                        Sharon Y. Eubanks
                                        (D.C. Bar No. 420147

|  |  |
|---|---|
| | Citizens for Responsibility and Ethics<br>  In Washington<br>1400 Eye Street, N.W., Suite 450<br>Washington, D.C. 20005<br>Phone: (202) 408-5565 |
| Dated: December 19, 2006 | Attorneys for Plaintiff |