UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRATIC NATIONAL COMMITTEE, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES SECRET SERVICE, : <br> : <br> Defendant. : | Civil Action No. 06-0842 (JGP) |
| CITIZENS FOR RESPONSIBILITY AND : <br> ETHICS IN WASHINGTON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> U.S. DEPARTMENT OF HOMELAND : <br> SECURITY, : <br> : <br> Defendant. : | Civil Action No. 06-0883 (JGP) |

**[PROPOSED] ORDER**

Plaintiff's Motion for a Status Conference is hereby granted and a status conference is scheduled to occur on _____.


Date: _____              _____
                                     JOHN GARRETT PENN
                                     UNITED STATES DISTRICT JUDGE

1