UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | Civil Action No. 06-883 (JGP) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) ) ) | |
| Defendant. ) ) | |
| DEMOCRATIC NATIONAL COMMITTEE, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-842 (JGP) |
| UNITED STATES SECRET SERVICE, ) ) | |
| Defendant. ) ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that undersigned counsel, Sara Clash-Drexler, hereby withdraws her appearance as one of the counsel for defendant in the above-captioned case.

Dated: January 17, 2007                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

|  |  |
|---|---|
|  | JEFFREY A. TAYLOR<br>Acting United States Attorney |
|  | CARL J. NICHOLS<br>Deputy Assistant Attorney General |
| OF COUNSEL: | JOSEPH H. HUNT<br>Branch Director |
| MOLLY WEBER<br>United States Secret Service | s/ Sara Clash-Drexler<br>ELIZABETH J. SHAPIRO<br>(D.C. Bar No. 418925)<br>Assistant Branch Director<br>SARA CLASH-DREXLER<br>(Pa. Bar No. 86517)<br>Trial Attorney<br>JUSTIN M. SANDBERG<br>(Ill. Bar. No. 6278377)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W. #7224<br>P.O. Box 883 Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 514-3489<br>Facsimile:  (202) 616-8202<br>E-mail:  justin.sandberg@usdoj.gov |
|  | Attorneys for Defendant |