UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 06-883 (JGP) |

## UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

By this motion, defendant asks that the Court vacate the settlement conference set for February 22, 2007. During a settlement conference held on December 18, 2006, Magistrate Judge Robinson set a follow-up settlement conference for February 22. But Magistrate Judge Robinson indicated that she would entertain a motion to vacate the February conference if circumstances warranted such a motion. They do. The parties' previous attempts to settle this case have failed, and the circumstances have not changed. Thus, the prospects for settlement are dim, and to preserve the time and resources of the Court and the parties, defendant requests that the Court vacate the February 22 settlement conference. Plaintiff's counsel does not object to this motion.

Dated: February 15, 2007                                         Respectfully submitted,

                                                                 PETER D. KEISLER
                                                                 Assistant Attorney General

1

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


      /s                
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883
 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>