# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 06-883 (JGP)

## PROPOSED ORDER

The Court GRANTS the United States Department of Homeland Security's unopposed motion to vacate the settlement conference set for February 22, 2007.

IT IS SO ORDERED.

ENTERED: _____

_____
MAGISTRATE JUDGE DEBORAH
A. ROBINSON