UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. ) | Civil No. 06-883 (JGP) |

**JOINT MOTION TO VACATE SETTLEMENT CONFERENCE**

Plaintiff and defendant hereby request that the Court vacate the settlement conference set for June 21, 2007. The parties' previous attempts to settle this case have not been successful and the likelihood of settlement has not changed. Given the unlikely prospects for settlement at this time and in the interest of preserving the time and resources of the Court and the parties, the parties request that the Court vacate the June 21, 2007 settlement conference. The parties further suggest that they jointly report back to the Court on the status of the case on or before August 31, 2007.[1]

                                              Respectfully submitted,

                                                     /s/
                                              Anne L. Weismann
                                              (D.C. Bar No. 298190)
                                              Melanie Sloan
                                              (D.C. Bar No. 434584)
                                              Citizens for Responsibility and Ethics

---

[1] Alternatively, in the event that the Court believes a settlement conference is still warranted, plaintiff requests that the conference now scheduled for June 21, 2007 be rescheduled in light of a conflict that plaintiff's counsel has on that date.

in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

PETER D. Keisler
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


   /s/                             
JUSTIN M. SANDBERG
(Ill. Bar No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044
Telephone: (201) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

Dated: June 15, 2007