**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON,          )
                               )
              Plaintiff,       )
                               )
          v.                   )        Civil No. 06-883 (JGP)
                               )
U.S. DEPARTMENT OF HOMELAND     )
SECURITY,                      )
                               )
              Defendant.       )
_____)

## [PROPOSED] ORDER

The Court having considered the parties' joint motion to vacate the settlement conference

set for June 21, 2007, it is hereby

ORDERED that the conference is vacated and it is further

ORDERED that the parties are directed to report jointly to the Court by August 31, 2007,

as to whether the Court should schedule another settlement conference.


Dated: _____                    _____
                                           MAGISTRATE JUDGE DEBORAH
                                           A. ROBINSON