UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) ) ) ) Defendant. ) ) | Civil Action No. 06-883 (JGP) |

## STATUS REPORT AND JOINT MOTION TO VACATE

In a June 20, 2007 minute order, the Court (i) ordered the parties to file a status report by July 23, 2007 and (ii) set a settlement conference for July 26, 2007. With respect to the prospects for settlement, the status of this case has not changed since the parties last reported to the Court: Settlement is unlikely. Thus, to save the Court and the parties time and resources, the parties request that the Court vacate the settlement conference set for July 26, 2007.

Dated: July 23, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

1

JOSEPH H. HUNT
Branch Director

JOHN R. TYLER
Senior Trial Counsel

s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-3489
Facsimile:  (202) 616-8202
E-mail:  justin.sandberg@usdoj.gov

Attorneys for Defendant


           s/
ANNE L. WEISMANN
(D.C. Bar No. 298190)
MELANIE SLOAN
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff