UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-883 (JGP) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) ) ) | |
| Defendant. ) ) | |

**PROPOSED ORDER**

Upon consideration of the parties' joint motion to vacate the settlement conference set for July 26, 2007, it is hereby

ORDERED that the parties' motion is granted.


Dated: _____                    _____
                                                                    DEBORAH A. ROBINSON
                                                                    Magistrate Judge