UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil No. 1:06cv883 (JGP) |

## PROPOSED SCHEDULING ORDER

**Plaintiff's Position**

| | |
|---|---|
| Deadline for Joining Parties | 20 days after close of discovery |
| Deadline for Amending the Pleadings | 20 days after close of discovery |
| Alternative Dispute Resolution Deadlines | Not Applicable ("NA") |
| Proposed Date for Deciding Pending Dispositive Motions | |
|     FOIA Claims | After completion of discovery |
|     APA Claim | When appropriate |
| Deadline for Filing Other Dispositive Motions | Set after close of discovery |
| Deadline for Completing Discovery | 60 days from opening of discovery |
|     Initial Disclosures | Immediately |
|     Deadline for Expert Depositions | NA |
| Pretrial Conference | NA |

**DHS's Position**

| | |
|---|---|
| Deadline for Joining Parties | NA |
| Deadline for Amending the Pleadings | NA |
| Alternative Dispute Resolution Deadlines | NA |
| Proposed Date for Deciding Pending Dispositive Motions | |
|     FOIA Claims | When Appropriate |
|     APA Claim | When appropriate |
| Deadline for Filing Other Dispositive Motions | NA |
| Deadline for Completing Discovery | NA - Because this is a FOIA/APA case, discovery is inappropriate. |
|     Initial Disclosures | NA - see LCvR 16.3(b)(1),(9) |
|     Deadline for Expert Depositions | NA |
| Pretrial Conference | NA |

Dated: August 8, 2007
    /s/
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

        PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Branch Director
JOHN R. TYLER
Senior Trial Counsel

 /s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. #7224
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-3489
Facsimile: (202) 616-8202
E-mail: justin.sandberg@usdoj.gov

<u>Attorneys for Defendant</u>