CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY & ETHICS IN WASHINGTON )<br><br>Plaintiff )<br><br>v. )<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY )<br><br>Defendant ) | Civil Case Number 06-0883 (RCL)<br><br>Category   I |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 25, 2007 from Judge John Garrett Penn to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Randomly assigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Lamberth & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk