UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND     :
 AND ETHICS IN WASHINGTON,          :
                                    :
    Plaintiff,                      :
                                    :
         v.                         :    Civil No. 1:06cv883 (RCL)
                                    :
DEPARTMENT OF HOMELAND              :
 SECURITY,  .                       :
                                    :
    Defendant.                      :
_____ :

### [PROPOSED] ORDER

The Court having considered plaintiff's motion to compel and the entire record herein it is hereby ORDERED that plaintiff's motion is GRANTED and defendant is directed to file by close of business this date all information relevant to plaintiff's Freedom of Information Act request that is referenced in the parties' joint status report of September 5, 2007, as well as any additional relevant information that has come to defendant's attention since that filing.

Dated: _____            _____
                                  ROYCE C. LAMBERTH
                                  United States District Judge