# EXHIBIT 1

## Anne Weismann

| | |
|---|---|
| **From:** | Anne Weismann |
| **Sent:** | Thursday, November 29, 2007 6:36 PM |
| **To:** | 'Sandberg, Justin (CIV)' |
| **Subject:** | CREW v. DHS |

Justin: On September 5, 2007, the parties in this case filed a joint status report. Among other things, defendants represented in that filing that "DHS intends to supplement its filings with respect to the FOIA claims to reflect recently discovered information relevant to plaintiff's FOIA request." DHS, however, has never made that filing. I am filing a motion to compel that supplementation -- what is your position on the motion? Anne

Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete this email and attachments. Thank you.

# EXHIBIT 2

Case 1:06-cv-00883-RCL   Document 72-2   Filed 11/30/2007   Page 3 of 10

## Anne Weismann

**From:** Sandberg, Justin (CIV) [Justin.Sandberg@usdoj.gov]
**Sent:** Friday, November 30, 2007 8:37 AM
**To:** Anne Weismann
**Subject:** RE: CREW v. DHS

Anne: According to the time stamps on this e-mail and e-mailed notice of ECF activity, it appears that CREW filed the motion before seeking defendant's position. Thus, I see no need to respond to your question. -- Justin

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, November 29, 2007 7:57 PM
**To:** Sandberg, Justin (CIV)
**Subject:** CREW v. DHS

Justin: On September 5, 2007, the parties in this case filed a joint status report. Among other things, defendants represented in that filing that "DHS intends to supplement its filings with respect to the FOIA claims to reflect recently discovered information relevant to plaintiff's FOIA request." DHS, however, has never made that filing. I am filing a motion to compel that supplementation -- what is your position on the motion? Anne

Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete this email and attachments. Thank you.

## Anne Weismann

**From:** Anne Weismann
**Sent:** Friday, November 30, 2007 9:03 AM
**To:** 'Sandberg, Justin (CIV)'
**Subject:** FW: CREW v. DHS

Actually as you can see by below my time stamp says it was sent at 6:30 pm which was before we filed.

**From:** Anne Weismann
**Sent:** Thursday, November 29, 2007 6:36 PM
**To:** 'Sandberg, Justin (CIV)'
**Subject:** CREW v. DHS

Justin: On September 5, 2007, the parties in this case filed a joint status report. Among other things, defendants represented in that filing that "DHS intends to supplement its filings with respect to the FOIA claims to reflect recently discovered information relevant to plaintiff's FOIA request." DHS, however, has never made that filing. I am filing a motion to compel that supplementation -- what is your position on the motion? Anne

Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete this email and attachments. Thank you.

# Anne Weismann

| | |
|---|---|
| **From:** | Sandberg, Justin (CIV) [Justin.Sandberg@usdoj.gov] |
| **Sent:** | Friday, November 30, 2007 9:27 AM |
| **To:** | Anne Weismann |
| **Subject:** | FW: CREW v. DHS |

Anne: As you can see, my e-mail system reflects that you sent your e-mail after the motion was filed. To my mind, my position was not sought until I received the e-mail. In any case, Rule 7(m) requires consultation in person or by phone; it does not provide for consultation through electronic mail. Moreover, even if the e-mail was sent before the motion was filed, it was, according to you, sent only .5 hour before the motion was filed and after the close of business. I do not think Rule 7(m)'s duty to confer in good faith is met using the wrong method and, at best, allowing .5 hour to respond after the close of business. -- J

**From:** Sandberg, Justin (CIV)
**Sent:** Friday, November 30, 2007 8:37 AM
**To:** 'Anne Weismann'
**Subject:** RE: CREW v. DHS

Anne: According to the time stamps on this e-mail and e-mailed notice of ECF activity, it appears that CREW filed the motion before seeking defendant's position. Thus, I see no need to respond to your question. -- Justin

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, November 29, 2007 7:57 PM
**To:** Sandberg, Justin (CIV)
**Subject:** CREW v. DHS

Justin: On September 5, 2007, the parties in this case filed a joint status report. Among other things, defendants represented in that filing that "DHS intends to supplement its filings with respect to the FOIA claims to reflect recently discovered information relevant to plaintiff's FOIA request." DHS, however, has never made that filing. I am filing a motion to compel that supplementation -- what is your position on the motion? Anne

Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete this email and attachments. Thank you.

## Anne Weismann

**From:** Anne Weismann
**Sent:** Friday, November 30, 2007 9:36 AM
**To:** 'Sandberg, Justin (CIV)'
**Subject:** RE: CREW v. DHS

If DOJ is now taking the position that consultation by email is not sufficient under Rule 7(m) then it has to concede that in multiple other cases, including CREW v. OA and CREW v. EOP it too has not complied with the rule. So please tell me if that is your final position. Also, are you confirmed that you were in your office at 6:36 and would have received my phone call had I chosen to contact you that way?

---

**From:** Sandberg, Justin (CIV) [mailto:Justin.Sandberg@usdoj.gov]
**Sent:** Friday, November 30, 2007 9:27 AM
**To:** Anne Weismann
**Subject:** FW: CREW v. DHS

Anne: As you can see, my e-mail system reflects that you sent your e-mail after the motion was filed. To my mind, my position was not sought until I received the e-mail. In any case, Rule 7(m) requires consultation in person or by phone; it does not provide for consultation through electronic mail. Moreover, even if the e-mail was sent before the motion was filed, it was, according to you, sent only .5 hour before the motion was filed and after the close of business. I do not think Rule 7(m)'s duty to confer in good faith is met using the wrong method and, at best, allowing .5 hour to respond after the close of business. -- J

---

**From:** Sandberg, Justin (CIV)
**Sent:** Friday, November 30, 2007 8:37 AM
**To:** 'Anne Weismann'
**Subject:** RE: CREW v. DHS

Anne: According to the time stamps on this e-mail and e-mailed notice of ECF activity, it appears that CREW filed the motion before seeking defendant's position. Thus, I see no need to respond to your question. -- Justin

---

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, November 29, 2007 7:57 PM
**To:** Sandberg, Justin (CIV)
**Subject:** CREW v. DHS

Justin: On September 5, 2007, the parties in this case filed a joint status report. Among other things, defendants represented in that filing that "DHS intends to supplement its filings with respect to the FOIA claims to reflect recently discovered information relevant to plaintiff's FOIA request." DHS, however, has never made that filing. I am filing a motion to compel that supplementation -- what is your position on the motion? Anne

Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete this email and attachments. Thank you.

11/30/2007

**Anne Weismann**

| | |
|---|---|
| **From:** | Sandberg, Justin (CIV) [Justin.Sandberg@usdoj.gov] |
| **Sent:** | Friday, November 30, 2007 9:47 AM |
| **To:** | Anne Weismann |
| **Subject:** | RE: CREW v. DHS |

Anne: I am not taking any final position for the department, and as you know, if you have been unhappy with the procedures used in other cases, you have been free to object. I see no need to continue this exchange: If you think the approach that you took is appropriate, I doubt I will be able to convince you otherwise. -- Justin

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Friday, November 30, 2007 9:36 AM
**To:** Sandberg, Justin (CIV)
**Subject:** RE: CREW v. DHS

If DOJ is now taking the position that consultation by email is not sufficient under Rule 7(m) then it has to concede that in multiple other cases, including CREW v. OA and CREW v. EOP it too has not complied with the rule. So please tell me if that is your final position. Also, are you confirmed that you were in your office at 6:36 and would have received my phone call had I chosen to contact you that way?

**From:** Sandberg, Justin (CIV) [mailto:Justin.Sandberg@usdoj.gov]
**Sent:** Friday, November 30, 2007 9:27 AM
**To:** Anne Weismann
**Subject:** FW: CREW v. DHS

Anne: As you can see, my e-mail system reflects that you sent your e-mail after the motion was filed. To my mind, my position was not sought until I received the e-mail. In any case, Rule 7(m) requires consultation in person or by phone; it does not provide for consultation through electronic mail. Moreover, even if the e-mail was sent before the motion was filed, it was, according to you, sent only .5 hour before the motion was filed and after the close of business. I do not think Rule 7(m)'s duty to confer in good faith is met using the wrong method and, at best, allowing .5 hour to respond after the close of business. -- J

**From:** Sandberg, Justin (CIV)
**Sent:** Friday, November 30, 2007 8:37 AM
**To:** 'Anne Weismann'
**Subject:** RE: CREW v. DHS

Anne: According to the time stamps on this e-mail and e-mailed notice of ECF activity, it appears that CREW filed the motion before seeking defendant's position. Thus, I see no need to respond to your question. -- Justin

**From:** Anne Weismann [mailto:aweismann@citizensforethics.org]
**Sent:** Thursday, November 29, 2007 7:57 PM
**To:** Sandberg, Justin (CIV)
**Subject:** CREW v. DHS

Justin: On September 5, 2007, the parties in this case filed a joint status report. Among other things, defendants represented in that filing that "DHS intends to supplement its filings with respect to the FOIA claims to reflect recently discovered information relevant to plaintiff's FOIA request." DHS, however, has never made that filing. I am filing a motion to compel that supplementation -- what is your position on the motion? Anne

Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete this email and attachments. Thank you.

11/30/2007