UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-883 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF MOTION TO CONSOLIDATE**

Defendant hereby informs the Court and plaintiff that defendant has filed in <u>Judicial Watch, Inc. v. United States Secret Service</u>, 06-CV-310 (RMC), a motion to consolidate this case with that one. Copies of the motion, supporting memorandum, and form of order are attached.

Dated: November 30, 2007            Respectfully submitted,

                                                          JEFFREY S. BUCHOLTZ
                                                          Acting Assistant Attorney General

                                                          JEFFREY A. TAYLOR
                                                          United States Attorney

                                                           CARL J. NICHOLS
                                                           Deputy Assistant Attorney General

                                                           JOSEPH H. HUNT
                                                           Branch Director

|  |  |
|---|---|
| | ELIZABETH J. SHAPIRO |
| | Assistant Branch Director |
| OF COUNSEL: | |
| | s/ Justin M. Sandberg |
| LIZA MURPHY | JUSTIN M. SANDBERG |
| MOLLY WEBER | (Ill. Bar. No. 6278377) |
| United States Secret Service | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, N.W. #7224 |
| | P.O. Box 883 Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 514-3489 |
| | Facsimile: (202) 616-8202 |
| | E-mail: justin.sandberg@usdoj.gov |
| | |
| | Attorneys for Defendant |