**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SECRET SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-310 (RMC) |

**PROPOSED ORDER**

UPON CONSIDERATION of defendant's Motion to Consolidate, any Opposition thereto and the whole record herein, it is hereby, this ____ day of _____, 2007.

ORDERED that this action shall be consolidated with <u>Citizens for Responsibility and Ethics in Washington ("CREW") v. Department of Homeland Security</u>, 06-CV-883 (D.D.C.) (RCL), for all purposes.

_____
UNITED STATES DISTRICT JUDGE