UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : : : | |
| Plaintiff, | : : : | |
| v. | : : | Civil No. 1:06-883 (RCL) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : : : : | |
| Defendant. | : : | |

**NOTICE OF FILING OF OPPOSITION TO MOTION TO CONSOLIDATE**

Citizens for Responsibility and Ethics in Washington ("CREW") hereby informs the Court and defendant that CREW has filed in <u>Judicial Watch Inc. v. U.S. Secret Service</u>, No. 06-310 (RMC), an opposition to defendant's motion to consolidate this case with the <u>Judicial Watch</u> case. A copy of these papers is attached

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Citizens for Responsibility
 and Ethics in Washington

Dated: December 6, 2006