# EXHIBIT 3

Large Event Summary

Date/Time: 06/25/2006 17:42

\*\*\* TOA of Large Event Appointment \*\*\*
    Post: vis    Appt. Date/Time: 6/25/2006 3:45:00 PM

Visitee -

Last Name: POTUS    First Name:    Phone: 0062372
Requestor: POTUS,
Phone: 0062372    Location: WH    Room: STATE FLOO
Date & Time: 6/25/2006 3:45:00 PM    Entry Code: U21165    Total People: 376
FORD'S THEATRE GALA RECEPTION/

(Note: Below an X = Admitted and B = Badged)

| Last Name | First Name | Init | DOB | SSN | Note | Status | Admitted |
|---|---|---|---|---|---|---|---|

VASELL            SHAWN                                                                                          _X_

Large Event Summary

Date/Time: 02/08/2006 15:27

*** TOA of Large Event Appointment ***
     Post: WAVES    Appt. Date/Time: 02/08/2006 2:30:00 PM

Visitee -

Last Name: POTUS    First Name:       Phone: 0065754
Requestor: EDWARDS, DANA
Phone: 0065754   Location: WH   Room: EAST ROOM
Date & Time: 02/08/2006 2:30:00 PM    Entry Code: U83191    Total People: 132
BILL SIGNING****


(Note: Below an X = Admitted and B = Badged)

Last Name            First Name            Init DOB       SSN           Note   Status   Admitted

VASELL          SHAWN                                                                    X