# EXHIBIT 4

```
                    vasell_New_PC_C_Drive_Output_Hits_Condensed.txt
         0062369 WH WEST WING RALSTON SUSAN 0062369
     VASELL  SHAWN                      U16548  36001 VA 5/31/2001 12:57:07 PM B0401
6/1/2001 12:57:07 AM  5/31/2001 9:04:34 AM 5/31/2001 12:45:00 PM 5/31/2001 11:59:00
PM    2      TC WIN 5/31/2001 9:06:28 AM TC MCCARTHY
 0067767 WH WW MCCARTHY DANIEL 0067767


Searching:   C:\NWHACS\WAVES\Noten.mdb Table name: WAVES_ALL

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN                       U11538  57280 VA 5/18/2006 4:02:22 PM D0102
5/18/2006 5:05:18 PM D1     5/17/2006 6:08:51 PM 5/18/2006 4:00:00 PM 5/18/2006
11:59:00 PM   3     RC WIN 5/17/2006 6:08:52 PM RC    LOCKHART           LINDSAY
     0066655 OFOB 286 LOCKHART LINDSAY 0066655
       VASELL SHAWN                       U21165  0 VA 6/25/2006 3:45:00 PM vis
6/21/2006 3:48:03 PM 6/25/2006 3:45:00 PM 6/25/2006 11:59:00 PM   376    J9 WIN
6/21/2006 3:48:04 PM J9     POTUS                                    0062372 WH
STATE FLOO POTUS   0062372   FORD'S THEATRE GALA RECEPTION,


Searching:   C:\NWHACS\WAVES\Noten.mdb Table name: WAVES-3-2-2006

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN                       U83191  0 VA 2/8/2006 2:30:00 PM WAVES
2/8/2006 10:35:18 AM 2/8/2006 2:30:00 PM 2/8/2006 11:59:00 PM   132    RJ WIN
2/8/2006 10:35:10 AM RJ     POTUS                                    0065754 WH EAST
ROOM EDWARDS DANA 0065754   BILL SIGNING****



Searching:   C:\NWHACS\WAVES\Noten.mdb Table name: WAVES-4-5-2006

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN                       U83191  0 VA 2/8/2006 2:30:00 PM WAVES
2/8/2006 10:35:18 AM 2/8/2006 2:30:00 PM 2/8/2006 11:59:00 PM   132    RJ WIN
2/8/2006 10:35:10 AM RJ     POTUS                                    0065754 WH EAST
ROOM EDWARDS DANA 0065754   BILL SIGNING****



Searching:   C:\NWHACS\WAVES\Noten.mdb Table name: WAVES-6-2-2005

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
                                    Page 6
```

```
                    vasell_New_PC_C_Drive_Output_Hits_Condensed.txt
   APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN M                        U10273  54398  VA  5/5/2005 4:36:53 PM  D0102
5/5/2005 4:48:04 PM  D1    5/5/2005 2:36:22 PM  5/5/2005 4:00:00 PM  5/5/2005 11:59:00
PM   1     L6  WIN  5/5/2005 2:38:59 PM  L6       BARTON                MICHAEL
      0062611 OEOB 492 BARTON MICHAEL 0062611
       VASELL SHAWN M                        U10183         VA    5/5/2005 11:24:43 AM  5/5/2005
2:15:00 PM  5/5/2005 11:59:00 PM  1     SH  WIN  5/5/2005 11:28:01 AM  SH      BARTON
       MICHAEL            0062611 OEOB 492 BARTON MICHAEL 0062611


Searching:    C:\NWHACS\WAVES\Noten.mdb  Table name: WAVES-6-8-2006

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
   APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN                          U11538  57280  VA  5/18/2006 4:02:22 PM  D0102
5/18/2006 5:05:18 PM  D1    5/17/2006 6:08:51 PM  5/18/2006 4:00:00 PM  5/18/2006
11:59:00 PM   3    RC  WIN  5/17/2006 6:08:52 PM  RC      LOCKHART              LINDSAY
         0066655 OEOB 286 LOCKHART LINDSAY 0066655


Searching:    C:\NWHACS\WAVES\Noten.mdb  Table name: WAVES-7-10-2006

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
   APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN                          U11538  57280  VA  5/18/2006 4:02:22 PM  D0102
5/18/2006 5:05:18 PM  D1    5/17/2006 6:08:51 PM  5/18/2006 4:00:00 PM  5/18/2006
11:59:00 PM   3    RC  WIN  5/17/2006 6:08:52 PM  RC      LOCKHART              LINDSAY
         0066655 OEOB 286 LOCKHART LINDSAY 0066655
       VASELL SHAWN                          U21165  0  VA  6/25/2006 3:45:00 PM  vis
6/21/2006 3:48:03 PM  6/25/2006 3:45:00 PM  6/25/2006 11:59:00 PM   376     J9  WIN
6/21/2006 3:48:04 PM  J9      POTUS                                    0062372 WH
STATE FLOO POTUS   0062372   FORD'S THEATRE GALA RECEPTION/


Searching:    C:\NWHACS\WAVES\Noten.mdb  Table name: WAVES-8-1-2005

       NAMELAST    NAMEFIRST    NAMEMID    DOB    SSN    UIN    BDGNBR    ACCESS_TYPE    TOA
POA    TOD    POD    APPT_MADE_DATE    APPT_START_DATE    APPT_END_DATE
   APPT_CANCEL_DATE    Total_People    ESCORT_TYPE    ESCORT_NAME_LAST    ESCORT_NAME_F
LAST_UPDATEDBY    POST    LastEntryDate    TERMINAL_SUFFIX    note    visitee_namelast
visitee_namefirst    visitee_phone    MEETING_LOC    MEETING_ROOM    CALLER_NAME_LAST
CALLER_NAME_FIRST    CALLER_PHONE    CALLER_ROOM    description

       VASELL SHAWN M                        U36010         VA    8/1/2005 9:51:26 AM  8/1/2005
5:30:00 PM  8/1/2005 11:59:00 PM   42     SH  WIN  8/1/2005 9:53:31 AM  SH     MARBURGER
       JOHN               0066130 OEOB 474 TOOMEY SANDRA 0066130


                                   Page 7
```