## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,  )<br>)<br>)<br>Defendant.  )<br>) | Civil Action No. 06-883 (RCL) |

### PROPOSED ORDER

UPON CONSIDERATION of Defendant's Supplemental Motion for Summary Judgment on Claims I - III, any Opposition thereto, and the whole record herein, it is hereby, this ____ day of _____, 2007

ORDERED that defendant's motion is granted, and it is

FURTHER ORDERED that this action be, and hereby is, dismissed.

_____
UNITED STATES DISTRICT JUDGE