UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CITIZENS FOR RESPONSIBILITY AND          :
ETHICS IN WASHINGTON,                    :
                                         :
      Plaintiff,                         :
                                         :
      v.                                 :  Civil Action No. 06-0883 (RCL)
                                         :
U.S. DEPARTMENT OF HOMELAND              :
SECURITY,                                :
                                         :
      Defendant.                         :
_____:

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for an Immediate Status Conference and Request for Enlargement of Time to Respond to Defendant's Supplemental Motion for Summary Judgment on Claims I-III, plaintiff's request is hereby granted and a status conference shall be scheduled. In addition, plaintiff's time to respond to defendant's motion for summary judgment is hereby stayed pending the outcome of the status conference.

      **SO ORDERED.**

DATE: _____          _____
                                                      **ROYCE C. LAMBERTH**
                                                      **United States District Judge**