UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 06-0883 (RCL) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

For the reasons contained in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Claim Four of Plaintiff's Second Amended Complaint [34] is **GRANTED**.  Count Four of the Second Amended Complaint is hereby **DISMISSED**.

**SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, December 17, 2007.