UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY** | ) | |
| **AND ETHICS IN WASHINGTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0883 (RCL) |
| | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion [76] for an Immediate Status Conference and Request for Enlargement of Time to Respond to Defendant's Supplemental Motion for Summary Judgment on Claims I-III, Plaintiff's request for a status conference is **DENIED**. In regards to Plaintiff's motion [78] for an Extension of Time to Respond to Defendant's Supplemental Motion for Summary Judgment, Plaintiff's time to respond is extended until January 10, 2008.

**SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, December 17, 2007.